IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00087-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIET L. POCURULL,

    Defendant,

    and

ALLIED JEWISH FEDERATION,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Plaintiff's Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 16th day of October, 2006.

BY THE COURT:

_____
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
United States Magistrate Judge